```
                                         FILED
                                       DEC 1 4 2009
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1401-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **Superseding** |
| | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Cocaine; |
| FELIPE CAICEDO-BARRAGAN (1), | ) | (Felony) |
| Defendants. | ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including June 28, 2004, defendants FELIPE CAICEDO-BARRAGAN, DENIS ALVARINO GOMEZ-URRUTIA, CLARO ALFURI RIVAS-ASPRILLA, AUGUSTO ROLANDO GOMEZ-RENTERIA, and JOSE FLORENCIO MURILLO-URRUTIA, did knowingly and intentionally conspire together and with each other and with persons known and unknown, to import 5 kilograms and more, to wit: more than 150 kilograms of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960 and 963.

DATED: 12/14/09 .

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney